IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:18-118**
:
:
**v.** :
:
:
**DEANGELO LETTERLOUGH** : **Judge Sylvia H. Rambo**

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant DeAngelo Letterlough's motion to suppress is **DENIED**.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: October 23, 2018