IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:18-118** |
| | : | |
| **v.** | : | |
| | : | |
| **DEANGELO LETTERLOUGH** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant DeAngelo Letterlough's motion for reconsideration is denied.

                                                        *s/Sylvia H. Rambo*
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: June 27, 2019